# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tonopah & Tidewater Railroad Co., et al.,<br><br>            Plaintiffs<br><br>v.<br><br>The State of Nevada, et al.,<br><br>            Defendants | Case No. 2:25-cv-00845-CDS-BNW<br><br>**Order Extending Deadline for Defendants to Respond to Amended Motion and Denying as Moot Plaintiff's Motion to Stay**<br><br>[ECF No. 14] |

Plaintiffs Tonopah & Tidewater Railroad Co., Katherine Truman, and Mitchell Truman move to stay a state-court proceeding (*The State of Nevada v. Katherine Truman and Mitchell Truman*, Case Numbers 25CR00347A, B). ECF Nos. 14, 15. Although the defendants' response to this motion was due on June 27, 2025, the record demonstrates that the defendants were not served until two days before their response was due. Therefore, the deadline for the defendants to file any response to the amended motion to stay (ECF No. 15) is extended to July 18, 2025. Any reply is due July 23, 2025. Further, because the plaintiffs filed an amended motion, their original motion to stay **[ECF No. 14] is denied as moot**.

Dated: July 8, 2025

_____
Cristina D. Silva
United States District Judge