**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
nadams@maclaw.com
   Attorneys for Nye County Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONOPAH & TIDEWATER RAILROAD CO.; KATHERINE TRUMAN and MITCHELL TRUMAN,<br><br>                     Plaintiffs<br><br>v.<br><br>THE STATE OF NEVADA, a political subdivision; BRIAN T. KUNZI, in his capacity as Nye County District Attorney; BRADLEY RICHARDSON, in his capacity as Chief Deputy District Attorney for Nye County; SUSAN RYHAL, in her capacity as Code Compliance Officer for Nye County, Nevada; NYE COUNTY PLANNING DEPARTMENT, a political subdivision of Nye County; NYE COUNTY, a political subdivision; DOES I through X, and Political Subdivision DOES I through X,<br><br>                     Defendants | Case Number:<br>2:25-cv-00845-CDS-BNW<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE DEFENDANTS BRIAN T. KUNZI, BRADLEY RICHARDSON, SUSAN RYHAL, AND NYE COUNTY PLANNING DEPARTMENT** |

IT IS STIPULATED by and between Plaintiffs Tonopah & Tidewater Railroad Co., Katherine Truman and Mitchell Truman ("Plaintiffs"), through their counsel of record, Johnson & Gubler, P.C. and Defendants Brian T. Kunzi, Bradley Richardson, Susan Ryhal, Nye County Planning Department, and Nye County ("Nye County Defendants"), through their counsel of record, Marquis Aurbach, that defendants Brian T. Kunzi, Bradley Richardson, Susan Ryhal, and Nye County Planning Department *__only__* be dismissed without prejudice in the above-referenced matter; and

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 15th day of July, 2025.

| MARQUIS AURBACH | JOHNSON & GUBLER, P.C. |
|---|---|
| By: *s/ Brian R. Hardy*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Nicholas M. Adams, Esq.<br>Nevada Bar No. 15859<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants Bradley Richardson, Brian T. Kunzi, Susan Ryhal and Nye County | By: *s/Russell G. Gubler*<br>Matthew L. Johnson, Esq.<br>Nevada Bar No. 6004<br>Russell G. Gubler, Esq.<br>Nevada Bar No. 10889<br>8831 W. Sahara Ave.<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiffs |

## ORDER

Based on the parties' stipulation, Brian T. Kunzi, Bradley Richardson, Susan Ryhal, and Nye County Planning Department are dismissed without prejudice, with each party bearing its own fees and costs.

Dated: July 17, 2025

_____
United States District Judge