Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Email: mjohnson@mjohnsonlaw.com;
rgubler@mjohnsonlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONOPAH & TIDEWATER RAILROAD CO.; KATHERINE TRUMAN; and MITCHELL TRUMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE OF NEVADA, a political subdivision; NYE COUNTY, a political subdivision; Does I through X; Political Subdivision Does I through X, <br><br> Defendants. | Case No. 2:25-cv-00845-CDS-BNW <br><br><br> **STIPULATION AND ORDER TO AMEND COMPLAINT** |

Plaintiffs TONOPAH & TIDWATER RAILROAD CO., KATHERINE TRUMAN, and MITCHELL TRUMAN, by and through their counsel, JOHNSON & GUBLER, P.C., and DEFENDANT NYE COUNTY, by and through its counsel, MARQUIS AURBACH, and hereby submit this stipulation, pursuant to the Court's minute order, dated December 30, 2025.

On August 1, 2025, Nye County filed Defendant Nye County's Motion to Dismiss [ECF No. 24] ("Motion to Dismiss"). On August 15, 2025, Plaintiffs filed an Opposition to the Motion to Dismiss. Nevertheless, as ordered by the Court, the parties submitted a Joint Discovery Plan and Scheduling Order on September 15, 2025 [ECF No. 28], which was then adopted by the Court. [ECF

1

No. 29]. The parties exchanged initial disclosures by September 29, 2025, and on November 17, 2025, Plaintiffs served requests for production of documents and interrogatories.

On November 18, 2025, Nye County filed a Motion to Stay Discovery pending resolution of its Motion to Dismiss. A hearing was held on the Motion to Stay Discovery on December 30, 2025. The Motion to Dismiss is still pending. At the hearing, the Court denied the motion to stay discovery but limited discovery to specific areas pending the completion of Rule 12(b) motion practice. Once it is determined which claims are moving forward, discovery will proceed in the ordinary course. The parties were directed to meet and confer by January 15, 2026 regarding whether Defendant Nye County would withdraw its motion to dismiss, permit Plaintiffs to amend the complaint, and then file a more comprehensive motion to dismiss addressing any pleading deficiencies that may remain after the amended complaint incorporates information Plaintiffs obtain through Court-authorized discovery. The parties, having met and conferred on January 15, 2026, therefore:

IT IS HEREBY STIPULATED that Defendant Nye County will file a Notice of Withdrawal of its pending Motion to Dismiss within five (5) days of the filing of this Stipulation.

IT IS FURTHER STIPULATED that Defendant Nye County will produce the limited discovery discussed at the hearing of the Motion to Stay Discovery on January 30, 2026.

IT IS FURTHER STIPULATED that Plaintiffs will have through the end of the day of February 25, 2026, to amend their complaint.

IT IS FURTHER STIPULATED that Defendant Nye County may have until March 20, 2026, to file a more comprehensive motion to dismiss the amended complaint, addressing the current legal arguments and any pleading deficiencies that may remain after the amended complaint incorporates information Plaintiffs obtain through Court-authorized discovery.

This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

MAC: 17131-007 (#6223309.1)

IT IS SO STIPULATED.

DATED this 22nd day of January, 2026.

JOHNSON & GUBLER, P.C.                         MARQUIS AURBACH

By:   */s/ Matthew L. Johnson*                     By:   */s/ Nicholas M. Adams*
    Matthew L. Johnson, Esq.                          Brian R. Hardy, Esq.
    Nevada Bar No. 6004                               Nevada Bar No. 10068
    Russell G. Gubler, Esq.                           Nicholas M. Adams, Esq.
    Nevada Bar No. 10889                              Nevada Bar No. 15859
    8831 W. Sahara Ave.                               10001 Park Run Drive
    Las Vegas, Nevada 89117                           Las Vegas, Nevada 89145
    *Attorney for Plaintiffs*                          *Attorney for Defendant*
                                                      *Nye County*

# ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   February 2, 2026

3

MAC: 17131-007 (#6223309.1)

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of JOHNSON & GUBLER, P.C. and that on this 30th day of January, 2026, I caused the above and foregoing STIPULATION AND ORDER TO AMEND COMPLAINT to be served:

[ X ]  Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served via electronic service; or

[  ]   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; or

[  ]   Pursuant to FRCP 5(b)(2)(D), to be sent via facsimile; or

[  ]   to be hand-delivered;

to the persons listed below at the address and/or facsimile number indicated below:

Matthew L. Johnson    mjohnson@mjohnsonlaw.com, admin@mjohnsonlaw.com, annabelle@mjohnsonlaw.com, kathra@mjohnsonlaw.com, kristi@mjohnsonlaw.com, rgubler@mjohnsonlaw.com

Brian R. Hardy    bhardy@maclaw.com, mmonkarsh@maclaw.com

Russell G Gubler    rgubler@mjohnsonlaw.com

Nicholas Adams    nadams@maclaw.com, smong@maclaw.com

/s/ *Kathra Davis*
An Employee of JOHNSON & GUBLER, P.C.

4

MAC: 17131-007 (#6223309.1)

**From:** Nicholas M. Adams <nadams@maclaw.com>
**Sent:** Wednesday, January 21, 2026 5:48 PM
**To:** Russell Gubler <RGubler@mjohnsonlaw.com>
**Subject:** RE: Activity in Case 2:25-cv-00845-CDS-BNW Tonopah & Tidewater Railroad Co. et al v. The State of Nevada et al Minute Order [IWOV-IMANAGE.FID1438108]

Hi Russell,

Apologies for the delay on getting this turned back around to you.

Attached are my proposed changes. Let me know if you have any issues with the proposed changes. If not, you may affix my e-signature and file.

Best regards,



**Nicholas M. Adams, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6084
f | 702.382.5816
nadams@maclaw.com
maclaw.com