Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Email: mjohnson@mjohnsonlaw.com;
rgubler@mjohnsonlaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONOPAH & TIDEWATER RAILROAD CO.; KATHERINE TRUMAN; and MITCHELL TRUMAN, <br><br> Plaintiffs <br><br> vs. <br><br> THE STATE OF NEVADA, a political subdivision; NYE COUNTY, a political subdivision; Does I through X; Political Subdivision Does I through X, <br><br> Defendants | Case No. 2:25-cv-00845-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES** <br><br> [ECF No. 53] |

IT IS HEREBY STIPULATED between Plaintiffs, TONOPAH & TIDWATER RAILROAD CO., KATHERINE TRUMAN, and MITCHELL TRUMAN, and Defendant, DEFENDANT NYE COUNTY, through their respective counsel, that the deadline for Plaintiff to respond to DEFENDANT NYE COUNTY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT [ECF 50 & ECF 51], shall both be extended to the end of the day on April 24, 2026.

////

////

IT IS FURTHER STIPULATED that the deadline for DEFENDANT NYE COUNTY to reply to Plaintiffs' response, shall be extended to the end of the day on May 8, 2026.

IT IS SO STIPULATED.

DATED this 27th day of March, 2026.

JOHNSON & GUBLER, P.C.

By:  /s/ Matthew L. Johnson
    Matthew L. Johnson, Esq.
    Nevada Bar No. 6004
    Russell G. Gubler, Esq.
    Nevada Bar No. 10889
    8831 W. Sahara Ave.
    Las Vegas, Nevada 89117
    Attorney for Plaintiffs

MARQUIS AURBACH

By:  /s/ Nicholas M. Adams
    Brian R. Hardy, Esq.
    Nevada Bar No. 10068
    Nicholas M. Adams, Esq.
    Nevada Bar No. 15859
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendant
    Nye County

**ORDER**

The parties' stipulation [ECF No. 53] is APPROVED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 31, 2026

2